IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBIN LYNN BAILEY,

    Petitioner,                    No. CIV S-10-2454 KJM GGH P

  vs.

GARY SWARTHOUT, Warden,

    Respondent.                 <u>ORDER</u>

_____/

        Petitioner, a state prisoner proceeding pro se, has filed this application for a writ of habeas corpus under 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

        On September 12, 2011, the magistrate judge filed findings and recommendations, which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-one days. Doc. No. 24. Respondent has filed objections to the findings and recommendations (Doc. No. 25), and petitioner has filed a reply to respondent's objections (Doc. No. 28).

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the file,

/////

the court finds the findings and recommendations to be supported by the record and by the proper analysis.[1]

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed September 12, 2011, are adopted in full; and

2. Respondent's December 6, 2010, motion to dismiss (Docket No. 18) is denied and respondent shall file an answer to the petition within sixty days.

DATED: March 13, 2012.

_____
UNITED STATES DISTRICT JUDGE

/bail2454.806hc

---

[1] The court notes that the findings and recommendations in Johnson v. Swarthout, S-10-1568 KJM DAD, referenced on page 6, lines 4-6 of the instant findings and recommendations, were adopted by this court on August 12, 2011.

2